UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY WAYNE HOPKINS,<br><br>Defendant. | 5:20-MJ-00165-JLV<br><br>ORDER FOR TEMPORARY DETENTION |

Defendant Cody Wayne Hopkins appeared before the court on Monday, August 10, 2020, for an initial appearance and arraignment on a criminal complaint pending in this district. The defendant appeared in person and by his counsel, the Assistant Federal Public Defender. The United States appeared by Assistant United States Attorney. At the hearing, defense counsel requested a continuance of the detention hearing pursuant to the Bail Reform Act, 18 U.S.C § 3142(f). Good cause appearing, it is hereby

ORDERED that Mr. Hopkins shall be temporarily detained in the custody of the United States Marshals Service until he appears for his detention hearing on Wednesday, August 12, 2020, at 1:40 p.m. in Courtroom 2, 515 Ninth Street, Rapid City, South Dakota.

DATED this 10th day of August, 2020.

BY THE COURT:

*[signature]*
DANETA WOLLMANN
United States Magistrate Judge