UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CODY WAYNE HOPKINS,<br><br>        Defendant. | CR. 20-50095-JLV<br><br>ORDER |

The court refuses plaintiff's and defendant's proposed jury instructions except as to those instructions included in whole or in part in the court's instructions.

Dated August 31, 2022.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE