UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-50095 |
| Plaintiff, | UNITED STATES MOTION FOR FURTHER BRIEFING BY DEFENDANT ON MOTION FOR NEW TRIAL |
| vs. | |
| CODY WAYNE HOPKINS, | |
| Defendant. | |

    The United States of America, by and through Senior Litigation Counsel Sarah B. Collins, submits the following motion for a Court order requiring further briefing by the defendant on his motion for a new trial. Dkt. 78. When the defendant filed his motion, the official transcript had not been filed so his motion was based on his defense attorney's "recollection of events as they transpired." Since that filing, the Court Reporter filed a transcript of the defendant's testimony, the United States' initial closing argument, the defendant's closing argument, and the United States' rebuttal closing argument. Dkt. 80.

    The United States requests the Court order additional briefing by the defendant wherein he can cite to specific portions of the transcript rather than just making broad, general assertions. It is unduly arduous for the United States to respond to the defendant's motion when it is unclear which content of the trial to which he is referring. If the Court so orders, the United States would also request the Court extend the deadline for the United States' response.

Dated this 26th Day of September, 2022.

                                            ALISON J. RAMSDELL
                                            United States Attorney

                                            */s/ Sarah B. Collins*
                                            Sarah B. Collins
                                            Senior Litigation Counsel
                                            515 9th Street, Suite 201
                                            Rapid City, SD 57701
                                            Telephone:  (605) 342-7822
                                            E-mail:  Sarah.B.Collins@usdoj.gov