IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CODY WAYNE HOPKINS,<br><br>    Defendant. | 5:20-cr-50095-JLV<br><br><br>DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE SEALED LETTERS OF SUPPORT |

Comes now Defendant, Cody Wayne Hopkins, by and through his attorney, Assistant Federal Public Defender Alecia E. Fuller, respectfully moves the Court for its order extending until March 9, 2023, the time by which the Defendant may file sealed letters of support with the Court.

As grounds and good cause for this motion, the Defendant states:

1. On January 26, 2023, United States Probation filed with the Court the Draft Presentence Report (Docket 88).

2. At the time of this filing the deadline for sealed letters of support was set for February 23, 2023.

3. Counsel is in the process of contacting and acquiring letters from family members of the Defendant.

Wherefore, Defendant requests this Court issue an Order extending the time within which he may file support letters for his sentencing by two (2) weeks.

Dated this 23rd day of February 2023.

        Respectfully submitted,

        JASON J. TUPMAN
        Federal Public Defender
        By:

        */s/ Alecia E. Fuller*
        Alecia E. Fuller
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        655 Omaha Street, Suite 100
        Rapid City, SD 57701
        Telephone: 605-343-5110; Facsimile: 605-343-1498
        filinguser_SDND@fd.org