IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CODY WAYNE HOPKINS,<br><br>    Defendant. | 5:20-cr-50095-JLV<br><br>DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE SEALED LETTERS OF SUPPORT |

Comes now Defendant, Cody Wayne Hopkins, by and through his attorney, Assistant Federal Public Defender Alecia E. Fuller, respectfully moves the Court for its order extending until March 23, 2023, the time by which the Defendant may file sealed letters of support with the Court.

As grounds and good cause for this motion, the Defendant states:

1. On January 26, 2023, United States Probation filed with the Court the Draft Presentence Report (Docket 88).

2. At the time of this filing the deadline for sealed letters of support was set for February 23, 2023. Counsel then filed a motion extending this deadline by two weeks requesting a new deadline of March 9, 2023.

3. Defendant's family has indicated they will be sending support letters, but they are unlikely to be delivered by March 9th.

4. Sentencing is scheduled for April 28, 2023.

Wherefore, Defendant requests this Court issue an Order extending the time within which he may file support letters for his sentencing by two (2) additional weeks.

Dated this 8th day of March 2023.

    Respectfully submitted,

    JASON J. TUPMAN
    Federal Public Defender
    By:

    */s/ Alecia E. Fuller*
    Alecia E. Fuller
    Assistant Federal Public Defender
    Attorney for Defendant
    Office of the Federal Public Defender
    Districts of South Dakota and North Dakota
    655 Omaha Street, Suite 100
    Rapid City, SD 57701
    Telephone: 605-343-5110; Facsimile: 605-343-1498
    filinguser_SDND@fd.org