# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Jeffrey L. Viken United States District Judge Presiding

| Courtroom Deputy - KLE<br>Courtroom - RC #1<br>U.S. Probation Officer – Nikole Miller | Court Reporter – Sheri Not Help Him<br>Date – April 28, 2023 |
|---|---|

5:20-cr-50095-01

| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Cody Wayne Hopkins<br><br>Defendant. | Sarah Collins and Kelsey Blair<br><br><br><br><br><br>Alecia Fuller |
|---|---|

TIME HEARING SCHEDULED TO BEGIN: 3:00 p.m.

<u>TIME:</u>

2:56 p.m.    Enter contested sentencing hearing

<u>Sentence</u>:  120 month's imprisonment, 5 year's supervised release and $100 VAF. Forfeiture ordered by the Court.

The defendant is advised of his appeal rights.

3:27 p.m.    Court Adjourned.