UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-50095 |
| Plaintiff, | NOTICE OF WITHDRAWAL |
| vs. | |
| CODY WAYNE HOPKINS, | |
| Defendant. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby files this Notice of Withdrawal for the above-captioned case.

Dated this 11th day of May, 2023.

ALISON J. RAMSDELL
United States Attorney

/s/ *Kelsey Blair*

KELSEY BLAIR
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605) 342-7822
E-mail: Kelsey.Blair@usdoj.gov