IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 20-50095 |
| vs. | |
| CODY HOPKINS, | NOTICE OF APPEAL |
| Defendant. | |

Notice is hereby given that Defendant Cody Hopkins appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment in a Criminal Case (CR 20-50095 - Doc. 101) entered in this action on May 3, 2023.

Dated this 15th of May 2023.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

/s/   Alecia E. Fuller
Alecia E. Fuller, Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
655 Omaha Street, Suite 100
Rapid City, SD 57701
Telephone: 605-343-5110 Facsimile: 605-343-1498
Filinguser_SDND@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2023, a true and correct copy of the foregoing Notice of Appeal was served upon the following person, by electronic mail, as follows:

Sheri Not Help Him
Sheri_NotHelpHim@sdd.uscourts.gov

/s/ Alecia E. Fuller
Alecia E. Fuller
Attorney for Defendant, Cody Hopkins