# United States District Court
## District of South Dakota
Office of the Clerk

| | | |
|---|---|---|
| Central/Northern Division<br>P.O. Box 7147<br>Pierre, SD 57501 | Southern Division<br>400 South Phillips,<br>Room 128<br>Sioux Falls, SD 57104 | Western Division<br>515 Ninth Street,<br>Room 302<br>Rapid City, SD 57701 |

Matthew W. Thelen  
Clerk of Court

Telephone  
(605) 330-6600

June 5, 2023

Scott Lewandoski  
Eighth Circuit Court of Appeals  
111 South 10th Street, Suite 24.329  
St. Louis MO  63102

Re:   Your File No.: 23-2203  
      Our File No.: 20-CR-50095  
      USA v. Hopkins

Dear Scott:

Enclosed please find the following documents for the above case on appeal:

- 3 envelopes containing sentencing documents.

If you have any questions, please feel free to contact our office.

Office of the Clerk

Enclosures