UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>CODY WAYNE HOPKINS,<br><br>   Defendant. | CR 20-50095<br><br>FINAL ORDER<br>OF FORFEITURE |

This Court entered a Preliminary Order of Forfeiture on January 26, 2023, ordering the Defendant to forfeit certain property (the Subject Property), specified as follows:

    a. one Google cellular telephone, Verizon SIM and ICCID 89148000004442173723.

Notice of the Preliminary Order of Forfeiture was given by publication from May 15, 2024, through and including June 13, 2024. No timely claim has been filed.

The Court finds that the Defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2428.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-described Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2428.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above are hereby condemned forfeited,

and vested in the United States of America, and shall be disposed of according to law.

  IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

DATED: July 30, 2024

        BY THE COURT:

        /s/ *Camela C. Theeler*
        CAMELA C. THEELER
        UNITED STATES DISTRICT JUDGE